IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

SAMUEL E. TOOTLE, II

PLAINTIFF

v.   CIVIL ACTION NO. 1:17cv154-LG-RHW

ANTHONY DAWSON, *et al.*   DEFENDANTS

## JUDGMENT

In accordance with the Court's Order entered herewith,

**IT IS ORDERED AND ADJUDGED** that Plaintiff's claims against the Defendants are **DISMISSED without prejudice**.

**SO ORDERED AND ADJUDGED** this the 11th day of September, 2017.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
CHIEF U.S. DISTRICT JUDGE